AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Charter Communications
Entertainment I, LLC d/b/a
Charter Communications

V.

John Debs

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-40196**

TO: (Name and address of defendant)

John Debs
107 Newton Ave N.
Worcester, MA 01609

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**
CLERK

DATE September 30, 2004

(BY) DEPUTY CLERK

# RETURN OF SERVICE

DATE



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100
Worcester, ss

10/05/2004

I hereby certify and return that on 10/04/2004 at 03:04pm I served a true and attested copy of the Summons and Complaint, in this action in the following manner: To wit, by delivering in hand to JOHN DEBS at 107 NORTH NEWTON AVE, WORCESTER, MA. Fees: Service 20.00, Travel 19.20, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $47.20

Deputy Sheriff. Kenneth R Hannam

_____
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                   Signature of Server

                                    _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.