UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARTER COMMUNICATIONS           :
ENTERTAINMENT I, LLC             :
d/b/a CHARTER COMMUNICATIONS,    :
                                 :
            Plaintiff,           :         CIVIL ACTION
                                 :         NO.  04-40196
v.                               :
                                 :
JOHN DEBS                        :
                                 :
            Defendant.           :

MOTION FOR ENTRY OF DEFAULT
AGAINST DEFENDANT JOHN DEBS

Pursuant to Federal Rule of Civil Procedure 55(a) and Local Rules of Civil Procedure, Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications, hereby moves this Court for a judgment by default against the Defendant JOHN DEBS ("Defendant"), in the above-captioned action.  In support of its Motion, Plaintiff states that:

1.    The Complaint in the above-captioned action was filed in this Court on September 30, 2004;

2.    The Defendant was served in hand by Deputy Sheriff Kenneth R. Hannam with a copy of the Summons and Complaint at the abode of the Defendant on October 4, 2004 pursuant to Rule 4(c) and 4(e) of the Federal Rules of Civil Procedure;

3.    The Defendant failed to file an Appearance in the above-captioned action; and

4.    The Defendant failed to file a response to the Complaint, which was due on or before October 24, 2004, as required by Rule 12(a) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff requests the Court enter judgment of default against the Defendant in this action.

PLAINTIFF - CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a CHARTER
COMMUNICATIONS

By Its Attorneys,

Burton B. Cohen, BBO#656190
Christopher L. Brown, BBO#642688
Murtha Cullina LLP
99 High Street-20th Floor
Boston, MA 02110
(617) 457-4000

Dated:  November 4, 2004

265645-1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Entry of Default was mailed first-class, postage prepaid, on November 4, 2004 to:

John Debs
107 Newton Avenue North
Worcester, MA 01609

Christopher L. Brown