UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARTER COMMUNICATIONS )
ENTERTAINMENT I, LLC d/b/a )
CHARTER COMMUNICATIONS )
)
*Plaintiff* )
)
~vs~ )  **CIVIL ACTION # 04 40196**
)
)
JOHN DEBS )
)
*Defendant* )

## DEFENDANT'S ANSWER TO COMPLAINT

NOW, comes the defendant, JOHN DEBS, pursuant to the United States Laws, and in response to plaintiff's complaint, dated September 29, 2004, files this answer to said complaint.

1. The defendant has no knowledge of the allegations in paragraph 1.

2. The defendant has no knowledge of the allegations in paragraph 2

3. The defendant has no knowledge of the allegations in paragraph 3.

4. The defendant has no knowledge of the allegations in paragraph 4.

5. The defendant has no knowledge of the allegations in paragraph 5.

6. The defendant has no knowledge of the allegations in paragraph 6.

7. The defendant has no knowledge of the allegations in paragraph 7.

8. The defendant denies the allegations in paragraph 8.

9. The defendant has no knowledge of the allegations in paragraph 9.

10. The defendant has no knowledge of the allegations in paragraph 10.

11. The defendant admits the allegations in paragraph 11.

12. The defendant has no knowledge of the allegations in paragraph 12.

13. The defendant has no knowledge of the allegations in paragraph 13.

14. The defendant has no knowledge of the allegations in paragraph 14.

15. The defendant admits the allegations in paragraph 15.

16. The defendant has no knowledge of the allegations in paragraph 16.

17. The defendant has no knowledge of the allegations in paragraph 17.

18. The defendant has no knowledge of the allegations in paragraph 18.

19. The defendant has no knowledge of the allegations in paragraph 19.

20. The defendant has no knowledge of the allegations in paragraph 20.

21. The defendant has no knowledge of the allegations in paragraph 21.

22. The defendant denies the allegations in paragraph 22.

23. The defendant denies the allegation in paragraph 23.

24. The defendant denies the allegations in paragraph 24.

25. The defendant denies the allegations in paragraph 25.

26. The defendant denies the allegations in paragraph 26.

27. The defendant denies the allegations in paragraph 27.

28. The defendant denies the allegations in paragraph 28.

29. The defendant denies the allegations in paragraph 29.

30. The defendant denies the allegations in paragraph 30.

31. The defendant denies the allegations in paragraph 31.

32. The defendant denies the allegations in paragraph 32.

33. The defendant denies the allegations in paragraph 33.

34. The defendant denies the allegations in paragraph 34.

35. The defendant has no knowledge of the allegations in paragraph 35.

**WHEREFORE**, the defendant requests the plaintiff's complaint be dismissed and the defendant be awarded expenses and other relief that the Honorable Court see fit.

Respectfully Submitted,

Date: 11/11/04

JOHN M. DEBS, ESQUIRE
11 Foster Street, Suite 205
Worcester, MA 01608
(508) 755-3327 Telephone
(508) 831-7002 Fax
BBO# 566982

## CERTIFICATE OF SERVICE

I, JOHN M. DEBS, ESQUIRE, hereby certify that I have served the attached, ANSWER TO COMPLAINT, on this day, via First Class Mail, postage pre-paid to:

CHRISTOPHER L. BROWN
Murtha Cullina, LLP
99 High Street, 20th Floor
Boston, MA 02110

DATE: 11/11/04

JOHN M. DEBS, ESQUIRE