UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARTER COMMUNICATIONS )
ENTERTAINMENT I, LLC d/b/a )
CHARTER COMMUNICATIONS )
)
    *Plaintiff* )
) **CIVIL ACTION # 04 40196**
~vs~ )
)
)
JOHN DEBS )
)
    *Defendant* )

## NOTICE OF APPEARANCE

To the clerk of the above named court:

Please enter my Notice of Appearance for the Defendant, JOHN DEBS, in the above action.

Respectfully Submitted,

Date: 11/11/04

JOHN M. DEBS, ESQUIRE
11 Foster Street, Suite 205
Worcester, MA 01608
(508) 755-3327 Telephone
(508) 831-7002 Fax
BBO# 566982