UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I. LLC d/b/a CHARTER COMMUNICATIONS, | ] ] ] |
| | ] CIVIL ACTION |
| | ] NO. 04-40196 |
| Plaintiff | ] |
| | ] |
| v. | ] |
| | ] |
| JOHN DEBS | ] |
| | ] |
| Defendant | ] |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CERTIFICATION UNDER LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D), Plaintiff and its counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

CHARTER COMMUNICATIONS
ENTERTAINMENT I. LLC d/b/a
CHARTER COMMUNICATIONS

_/s/ Mary P. Paul_
Mary P. Paul
Inventory Operations Manager/Security Manager
95 Higgins Street
Worcester, MA 01606
(508) 853-1515

COUNSEL -
CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS

Burton B. Cohen, BBO# 656190
Christopher L. Brown, BBO#642688
Murtha Cullina LLP
99 High Street – 20th Floor
Boston, MA 02110-2320
(617) 457-4003

Dated: March 7, 2005