UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Charter Communications Entertainment
I, LLC d/b/a Charter Communication,</u>
        Plaintiff(s)

            v.                                      CIVIL ACTION NO. <u>04-40196-FDS</u>

<u>John Debs,</u>
            Defendant(s)

DEFAULT JUDGMENT

<u>Saylor, D.J.</u>

       Defendant <u>    John Debs                                </u> having failed to plead or otherwise defend in this action and his default having been entered,

       Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of <u>$10,000.00                                        </u> <u>              </u> that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $<u> 5,164.20.</u>

       It is hereby  ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant <u>John Debs                                </u> the principal amount of <u>$10,000.00     </u> <u>                        </u>, with costs in the amount of <u> $5,164.20             </u> and prejudgment interest at the rate of <u>     </u>% from <u>                        </u> to <u>       </u> <u>              </u> in the amount of $<u>                                     </u> for a total judgment of $<u> 15,164.20                                    </u> with  interest as provided by law.

                                                By the Court,

Dated:  <u>   7/12/05                 </u>       /s/ Martin Castles
                                                Deputy Clerk